859 A.2d 449

IN THE MATTER OF BARRY J. BERAN, AN ATTORNEY AT LAW (ATTORNEY NO. 019301980).

October 20, 2004.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–167, concluding that **BARRY J. BERAN** of **CHERRY HILL**, who was admitted to the bar of this State in 1981, should be reprimanded for violating *RPC* 1.8(e) (improperly advancing funds to clients), *RPC* 1.15(d) (negligent misappropriation of client trust funds), and *Rule* 1:21–6 (failure to comply with recordkeeping requirements), and good cause appearing;

It is ORDERED that **BARRY J. BERAN** is hereby reprimanded; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.